No. 10-10870. Carlos Portillo-Quezada, aka Luis Quezada, Petitioner v. United States.

565 U.S. 854, 132 S. Ct. 183, 181 L. Ed. 2d 92, 2011 U.S. LEXIS 6424.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 415 Fed. Appx. 86.